IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WISCONSIN STATE CIRCUIT COURT
FOR DANE COUNTY; THEODORE
NICKEL, COMMISSIONER OF
INSURANCE OF THE STATE OF
WISCONSIN, as Rehabilitator of the
Segregated Account of Ambac Assurance
Corporation; and AMBAC ASSURANCE
CORPORATION,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-99-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for lack of subject matter jurisdiction.

_____
Peter Oppeneer, Clerk of Court

_____2/18/11_____
Date