UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                 Case No. 11-cv-99-bbc

WISCONSIN STATE CIRCUIT COURT
  FOR DANE COUNTY;
THEODORE K. NICKEL, COMMISSIONER
  OF INSURANCE OF THE STATE OF
  WISCONSIN, as Rehabilitator of the
  Segregated Account of Ambac Assurance
  Corporation; and
AMBAC ASSURANCE CORPORATION,

      Defendants.

---

NOTICE OF WITHDRAWAL OF PETER A. IVANICK, RICHARD W.
REINTHALER, HENRY J. RICARDO AND EMILY L. SAFFITZ AS COUNSEL FOR
AMBAC ASSURANCE CORPORATION

---

PLEASE TAKE NOTICE that Peter A. Ivanick, Richard W. Reinthaler, Henry J. Ricardo and Emily L. Saffitz, all formerly of the law firm of Dewey & LeBoeuf LLP, hereby withdraw as counsel for Ambac Assurance Corporation.  Ambac Assurance

Corporation will continue to be represented in this matter by Daniel W. Stolper and Barbara A. Neider of Stafford Rosenbaum LLP.

Dated: May 24, 2012.

STAFFORD ROSENBAUM LLP


By	/s/ Barbara A. Neider
Daniel W. Stolper
State Bar Number 1016462
Barbara A. Neider
State Bar Number 1006157
Attorneys for Ambac Assurance Corporation

222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
608.256.0226

## CERTIFICATE OF SERVICE

I, BARBARA A. NEIDER, hereby certify that on this 24th day of May, 2012, a true and correct copy of the foregoing Notice of Withdrawal of Richard W. Reinthaler, Peter A. Ivanick, Henry J. Ricardo and Emily L. Saffitz as Counsel for Ambac Assurance Corporation was caused to be served on all counsel of record via the CM/ECF system and on the following by U.S. Mail:

    Honorable William D. Johnston
    Lafayette County Circuit Court
    Lafayette County Courthouse
    626 Main Street
    P.O. Box 40
    Darlington, WI  53530-0040

and on the following by Email:

    WPrimps@deweyleboeuf.com;
    PIvanick@deweyleboeuf.com;
    HRicardo@deweyleboeuf.com;
    arobbins@deweyleboeuf.com;
    rreinthaler@deweyleboeuf.com;
    tpadnos@dl.com;
    jfreedman@sidley.com;
    mvansicklen@foley.com;
    dwalsh@foley.com;
    jsimmons@foley.com;
    mlynch@foley.com;
    kfitzgerald@foley.com;
    aoberdeck@foley.com;
    smorgan@murphydesmond.com;
    bogden@murphydesmond.com;
    swhitmer@lockelord.com;
    kwisniewski@lockelord.com;
    bnowicki@reinhartlaw.com;
    tmuth@reinhartlaw.com;
    jpolakowski@reinhartlaw.com;
    jsimon@jenner.com;
    dgreenwald@jenner.com;
    mbrody@jenner.com;
    aolejnik@jenner.com;

ewehrman@jenner.com;
ptrostle@jenner.com;
mlightner@jenner.com;
nparrett@parrettoconnell.com;
pbentley@kramerlevin.com;
acaton@kramerlevin.com;
sjacquemot@kramerlevin.com;
jschlicht@hinshawlaw.com;
michael.johnson@alston.com;
bill.macurda@alston.com;
cele.ogawa@alston.com;
drew.peterson@alston.com;
cbloomgarden@manatt.com;
slovern@vonbriesen.com;
dcisar@vonbriesen.com;
cstroebel@vonbriesen.com;
pieter.vantol@hoganlovells.com;
malazraki@manatt.com;
lcallan@sbglaw.com;
jfriedman@gklaw.com;
bwilliamson@gklaw.com;
Donald.bernstein@davispolk.com;
Michael.carroll@davispolk.com;
pebenson@michaelbest.com;
palucey@michaelbest.com;
nlmoenck@michaelbest.com;
jrosenthal@morganlewis.com;
kbailey@morganlewis.com;
lhoughton@morganlewis.com;
grant.killoran@wilaw.com;
seth.dizard@wilaw.com;
greg.lyons@wilaw.com;
mweed@orrick.com;
tomwelsh@orrick.com;
adavidson@orrick.com;
lbensky@benskylaw.com;
franke@gasswebermullins.com;
hanan@gasswebermullins.com
jowen@mlklaw.com;
mkern@fbtlaw.com;
gmitchell@fbtlaw.com;
lipps@carpenterlipps.com

sechler@carpenterlipps.com
brian.cox@alston.com
coconnell@parrettoconnell.com
Christensen@sewkis.com
hooper@sewkis.com
jgoodchild@morganlewis.com
rcrocker@vonbriesen.com
pdlaun@jonesday.com
rcarter@dkattorneys.com
slaabs@dkattorneys.com
dschlecker@reedsmith.com
barnold@whdlaw.com
tpyper@whdlaw.com
cbuchko@whdlaw.com
ausmith@michaelbest.com
mldama@michaelbest.com
hilarie.e.snyder@usdoj.gov
tarmstro@vonbriesen.com
greg.everts@quarles.com
JMWalker@duanemorris.com
JWSpear@duanemorris.com
KMArgentieri@duanemorris.com
Anthony.t.sheehan@usdoj.gov
Robert.w.metzler@usdoj.gov
Robert.j.kovacev@usdoj.gov
Gilbert.s.rothenberg@usdoj.gov
ricedc@doj.state.wi.us
Richard.Humphrey@usdoj.gov
don.schott@quarles.com
Josephine.benkers@quarles.com
matthew.splitek@quarles.com
sklugman@debevoise.com
sfarber@debevoise.com
aho@morganlewis.com

    /s/ Barbara A. Neider
Barbara A. Neider