IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN THE MATTER OF THE
REHABILITATION OF AMBAC                                  10-cv-778-bbc
ASSURANCE CORPORATION,

_____
                                                                                    ORDER
THEODORE K. NICKEL, COMMISSIONER
OF INSURANCE OF THE STATE OF
WISCONSIN,                                               (Dane Cty. Cir. Crt. Civil Case
                                                                                    No.: 10 CV 1576)
        Petitioner,

    v.

UNITED STATES OF AMERICA,

        Respondent.

_____

UNITED STATES OF AMERICA,

        Plaintiff,

    v.                                                       11-cv-99-bbc

WISCONSIN STATE CIRCUIT COURT
FOR DANE COUNTY;
THEODORE K. NICKEL, COMMISSIONER
OF INSURANCE OF THE STATE OF WISCONSIN,
as Rehabilitator of the Segregated Account of Ambac
Assurance Corporation; and
AMBAC ASSURANCE CORPORATION,

        Defendants.

1

For the reasons stated in the court's memorandum entered in these cases on July 10, 2013, the opinions and orders entered in <u>In the Matter of the Rehabilitation of Segregated Account of Ambac Assurance Corp</u>., Case No. 10-cv-778-bbc, dkt. #36, reported at 782 F. Supp. 2d 743, and on February 18, 2011, in <u>United States v. Wisconsin State Circuit Court for Dane County</u>, Case No. 11-cv-99-bbc, dkt. #42, reported at 767 F. Supp. 2d 980 are VACATED.

Entered this 15th day of July, 2013.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge